JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILIP MICHAEL DORSETT, | Case No. 2:25-cv-04640-SSS (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| FIDENCIO N. GUZMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: September 16, 2025

_____
SUNSHINE SUZANNE SYKES
United States District Judge